Michael SAMUELSON, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 77502.

Missouri Court of Appeals,
Eastern District,
Division Two.

Jan. 16, 2001.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 19, 2001.

Application to Transfer Denied
April 24, 2001.

Nancy L. Vincent, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Susan L. Brown, Asst. Atty. Gen., Jefferson City, for respondent.

Before CLIFFORD H. AHRENS, P.J.,
WILLIAM H. CRANDALL, Jr. and
JAMES R. DOWD, JJ.

## ORDER

PER CURIAM.

Michael Samuelson appeals from the judgment denying his Rule 29.15 motion after an evidentiary hearing. The trial court's findings of fact and conclusions of law are not clearly erroneous. An opinion would have no precedential value.

The judgment is affirmed. Rule 84.16(b).